IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMAR CYRIL HOUSTON,

    Plaintiff,                No. CIV S-03-1107 LKK KJM P

    vs.

E. ROGERS, et al.,

    Defendants.             ORDER

_____/

    On April 28, 2005, plaintiff filed a request for an extension of time without indicating in what aspect plaintiff needs more time. Accordingly, IT IS HEREBY ORDERED that plaintiff's April 28, 2005 request for an extension of time is denied.

DATED: May 6, 2005.

                                UNITED STATES MAGISTRATE JUDGE

1/kf
hous1107.eot