1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ALAMAR CYRIL HOUSTON,

11              Plaintiff,                    No. CIV S-03-1107 LKK KJM P

12        vs.

13    E. ROGERS, et al.,

14              Defendants.              <u>ORDER TO SHOW CAUSE</u>

15    _____/

16              On May 12, 2005, plaintiff filed a notice of change of address that plaintiff did not

17    serve on defendants.  On June 7, 2005, the court informed plaintiff that he must serve all

18    documents filed in this matter on <u>defendants</u>.  Also, the court ordered plaintiff to serve a copy of

19    his notice of change of address on defendants and file a proper proof of service within fifteen

20    days.  Plaintiff was warned that failure to comply with the June 7 order might result in sanctions

21    and that if he fails to serve upon defendants any documents filed in the future, this action could

22    be dismissed.

23              Plaintiff has not complied with the June 7 order, and, since June 9, plaintiff has

24    filed three documents (June 9 notice of change of address, June 15 motion for injunction and

25    June 17 notice of change of address), none of which was served on defendants.

26    /////

1

1    Good cause appearing, the court will deny plaintiff's June 15, 2005 motion for

2  injunction and temporary restraining order and order plaintiff to show cause  within twenty days

3  why this matter should not be dismissed under Rule 41(b) of the Federal Rules of Civil

4  Procedure for plaintiff's failure to comply with court orders.

5    Also, the court notes that defendants have asked that the court vacate the current

6  deadline for discovery, the deadline for filing pretrial motions, the date for pretrial conference

7  and the date for trial.  Defendants' request will be granted and a new scheduling order will issue,

8  if needed, at a later date.

9    In accordance with the above, IT IS HEREBY ORDERED that:

10    1.  Plaintiff's June 15, 2005 motion for injunction and temporary restraining order

11  is denied without prejudice;

12    2.  Plaintiff show cause within twenty days why this matter should not be

13  dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for plaintiff's failure to

14  comply with court orders;

15    3.  Defendants' June 15, 2005 "Motion To Vacate Scheduling Order . . ." is

16  granted; and

17    4.  The dates established in the court's January 31, 2005 order for the close of

18  discovery, the deadline for filing pretrial motions, pretrial conference and trial are vacated.

19  DATED:  June 27, 2005.

20

21  _____

    UNITED STATES MAGISTRATE JUDGE

22

23

24

25  1/kf
    hous1107.35a(1)
26

2