1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10 ALAMAR CYRIL HOUSTON,

11              Plaintiff,                    No. CIV S-03-1107 LKK KJM P

12        vs.

13  E. ROGERS, et al.,

14              Defendants.              ORDER

15 _____/

16              Plaintiff a California prisoner proceeding pro se, has filed this civil rights action

17 seeking relief under 42 U.S.C. § 1983.  On June 2, 2006, the court recommended that this action

18 be stayed, based on a motion brought by defendants, because plaintiff had been found to be

19 incompetent to stand trial in a California criminal matter.  Defendants have now informed the

20 court that prior to the issuance of the findings and recommendations plaintiff was found

21 competent to stand trial and entered a guilty plea.  Plaintiff has not responded to defendants'

22 latest filing.

23              Good cause appearing, IT IS HEREBY ORDERED that:

24              1.  The court's June 2, 2006 findings and recommendations are vacated;

25              2.  Defendants' October 31, 2005 motion for a stay is denied as moot;

26 /////

1

3.  The dates established in the court's October 12, 2005 scheduling order are vacated; and

4.  Within twenty days of this order, the parties shall inform the court if and why further discovery is appropriate.

DATED:  August 1, 2006.

UNITED STATES MAGISTRATE JUDGE

/hous1107.vac