IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMAR CYRIL HOUSTON,

     Plaintiff,                   No. CIV S-03-1107 LKK KJM P

     vs.

E. ROGERS, et al.,

     Defendants.          <u>ORDER</u>

_____/

     Plaintiff, a California prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On August 1, 2006, the court ordered the parties to inform the court if and why further discovery might be appropriate. Plaintiff has not responded to the court's order.

     Good cause appearing, IT IS HEREBY ORDERED that plaintiff respond to the court's August 1, 2006 order within twenty days. Plaintiff's failure to respond to the order will

/////
/////
/////
/////
/////

1

1  result in a recommendation that this action be dismissed without prejudice under Federal Rule of
2  Civil Procedure 41(b).
3  DATED: September 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
hous1107.osc