IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMAR CYRIL HOUSTON,

    Plaintiff,                     No. CIV S-03-1107 LKK KJM P

    vs.

E. ROGERS, et al.,

    Defendants.             <u>ORDER</u>

                             /

        Plaintiff a California prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Defendants have asked for more time to conduct discovery. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants are granted sixty days from the date of this order to complete discovery. Any motions to compel discovery must be filed within sixty days. Any requests for discovery must be served within fifteen days of this order. No further extensions of the discovery period will be granted.

/////

/////

/////

/////

1

1    2.  Any pretrial motions, except for motions to compel discovery and motions
2 pertaining to trial, shall be filed within 120 days of this order.
3    3.  The court will set dates for the filing of pretrial statements and trial, if
4 necessary, after the pretrial motion filing deadline passes.
5 DATED: October 24, 2006

_____
U.S. MAGISTRATE JUDGE

1
hous1107.sch