IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMAR CYRIL HOUSTON,

          Plaintiff,                    No. CIV S-03-1107 LKK KJM P

    vs.

E. ROGERS, et al.,

          Defendants.            <u>ORDER</u>

_____/

        Plaintiff is granted thirty days within which to file his pretrial statement and any motions necessary to obtain the attendance of witnesses.  Defendants' pretrial statement shall be filed within twenty days of service of plaintiff's.  Thereafter, the court will issue a pretrial order and set this matter for trial.

DATED:  April 24, 2007.

_____
U.S. MAGISTRATE JUDGE

1
hous1107.pts